UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJIAK WIE WONG,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>D. SAMUEL,<br><br>　　　　　　Respondent. | No. 2:22-cv-1839 DAD CKD P<br><br><br>ORDER |

Petitioner requests an extension of time to file objections to the court's July 5, 2023, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 17) is granted; and

2. Petitioner shall file objections to the findings and recommendations within thirty days from the date of this order.

Dated: July 27, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/ks
wong1839.111

1